UNITED STATES DISTRICT COURT

AUG 28 2024 PM2:39
FILED-USDC-CT-HARTFORD

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: APPLICATION FOR | : | |
| | : | 3:24mj749 RAR |
| SEARCH WARRANT | : | |
| ——————————————— | : | |

AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, GEOFF P. MAYNARD, being duly sworn, depose and state as follows:

## I.    INTRODUCTION

1.        I am a United States Postal Inspector assigned to the New Haven, CT Domicile of the United States Postal Inspection Service (USPIS). I have been so employed with USPIS since August 2020. Prior to becoming a Postal Inspector, I was employed as a Special Agent with the Department of Defense, Defense Criminal Investigative Service (DCIS), New Haven Resident Agency, for 17 years and 10 months. I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions, in violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846 and violations of the State of Connecticut General Statutes for distribution of illegal narcotics. I have been the affiant on numerous search warrant applications which have led to the seizure of significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade. I have coordinated controlled purchases of illegal drugs utilizing cooperating sources; conducted electronic and physical surveillance of individuals involved in organized criminal activity; analyzed records documenting the purchase and sale of illegal drugs and other items; and debriefed cooperating sources and drug distributors, as well as

1

other local, state and federal law enforcement officers, regarding the manner and means employed by organized criminal enterprises.

2.     I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the US Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF currently consists of seven Postal Inspectors, detectives from the Hartford, New Britain, Meriden, Plainville and Groton Police Departments, and a Special Agent from the USPS, Office of Inspector General.

3.     Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals:  first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

4.     I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

5.     Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the

2

successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

6.    The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

7.    Because this affidavit is being submitted for the limited purposes of securing search warrants, I have not included each and every fact known to me concerning this investigation.  Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

## II.    SUBJECT PARCEL

8.    Based on the information contained in this affidavit, there is probable cause to believe and I do believe, that USPS Priority parcel displaying USPS Tracking 9405 5362 0624 8792 5826 36 addressed to "Brad Speer, 16205 W 141st Terrace, Olathe, KS 66062" and bearing a return address of  "Edge of the Woods, 379 Whalley Ave, New Haven, CT 06511" ("SUBJECT PARCEL"), contains evidence of the unlawful possession of controlled substances.



9.      On or about August 27, 2024, the SUBJECT PARCEL was identified as a parcel

possibly containing a controlled substance. The SUBJECT PARCEL weighs approximately 12.2

oz. and bears $14.13 in postage.

10.     A review of database records indicates that the delivery address on the SUBJECT

PARCEL "16205 W 141st Terrace, Olathe, KS" is an actual address.  A review of CLEAR

4

which has proven reliable in previous investigations, provided a positive result for "Bradley Speer" having an association to the delivery address. A review of CLEAR shows that the return address on the SUBJECT PARCEL, "379 Whalley Ave, New Haven, CT" is a valid address and is associated with "Edge of the Woods Market." Despite the return name and address used being associated with a legitimate business, the individual suspected to have mailed this parcel is the subject of an ongoing investigation involving the mailing of dark web narcotics parcels to various addresses across the United States through the USPS. Other parcels in this investigation have been searched through the execution of federal search warrants and resulted in the seizure of counterfeit pills associated with dark web vendor purchases. The use of a legitimate return sender name and address was also present on those parcels.

11.    On August 27, 2024, the SUBJECT PARCEL was examined by a trained narcotics detection canine. The canine is a four (4) year-old tan Labrador Retriever named Hanny. Hanny is assigned to Officer Brandon Butler of the West Haven, CT Police Department. Hanny was first certified in May of 2022 and was last recertified in October 2023. Hanny is certified in the detection of cocaine, crack cocaine, heroin, MDMA and methamphetamines. Hanny receives weekly in-service training sessions in the detection of narcotics. Officer Butler and Hanny also train daily on all of the odors that Hanny is trained to detect.

12.    The SUBJECT PARCEL was placed among four other similarly sized parcels prior to Hanny's handler arriving. Upon examination of the parcels, the canine handler informed me that the canine alerted to the SUBJECT PARCEL. The handler and canine left the area. The parcels, including the SUBJECT PARCEL were rearranged in different positions on the floor. The handler and canine were called in again. The handler informed me that the canine alerted to the SUBJECT PARCEL once again.

13.     Based on the above, there is probable cause to believe, and I do believe, that

located within the SUBJECT PARCEL, is evidence of a controlled substance offense, in

violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846.  Because this warrant

seeks only permission to examine the SUBJECT PARCEL, which is presently in the custody of

the USPIS Domicile located at 50 Brewery Street, New Haven CT 06511, the execution of this

warrant does not involve the physical intrusion onto a premise. Consequently, I submit that there

is reasonable cause for the Court to authorize execution of the warrant at any time day or night.

## III.    CONCLUSION

14.     WHEREFORE, I respectfully request that a search warrant be issued to search the

SUBJECT PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all

documents or other materials containing evidence of the participants in, and methods and plans

of conducting, the suspected narcotics trafficking.


Geoff Maynard  Digitally signed by Geoff Maynard
Date: 2024.08.28 09:58:21 -04'00'
_____
GEOFF P. MAYNARD
POSTAL INSPECTOR


Subscribed and sworn to before me by telephone this __28__ day of August, 2024.

Robert A. Richardson  Digitally signed by Robert A. Richardson
Date: 2024.08.28 11:08:22 -04'00'
_____
HONORABLE ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

6

## ATTACHMENT A

### Property to Be Searched

USPS Priority Mail parcel displaying USPS Tracking Number 9405 5362 0624 8792 5826 36 addressed to "Brad Speer, 16205 W 141st Terrace, Olathe, KS 66062" and presently in the custody of the United States Postal Inspection Service at 50 Brewery Street, New Haven, CT 06530.



1

## **ATTACHMENT B**

### **Particular Things to be Seized**

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846 including United States currency and narcotics.

2